UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HOWARD COHAN,

       Plaintiff,

v.                                                     Case No. 6:22-cv-1747-WWB-EJK

OH MANAGEMENT, LLC,

       Defendant.

## ORDER

THIS CAUSE is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice (Doc. 12), filed December 13, 2022. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on December 15, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record